PMC/bw USAO#2014R00815

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND AND
2014 DEC 29  AM 11: 58

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Number:** _WDQ-14-0611_ |
| **v.** | : | |
| | : | **(Selling Golden Eagle Parts Without** |
| **ARNOLD E. LYNCH,** | : | **Permit, 16 U.S.C. § 668(a))** |
| | : | |
| **Defendants.** | : | |

...oooOooo...

### INFORMATION

   The United States Attorney for the District of Maryland, charges that, on or about June 28, 2012, in the District of Maryland, the defendant,

**ARNOLD E. LYNCH,**

did, knowingly and without being permitted to do so as required by law, sell and offer to sell, parts of a golden eagle, *Aquila chrysaetos*, that is, he did sell a bustle containing golden eagle feathers without a permit, in violation of the Bald and Golden Eagle Protection Act, Title 16, United States Code, Section 668(a).

Rod J. Rosenstein
United States Attorney

Dec 23 2014
Date